PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO. 24-165 "D"

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: LATOYA CANTRELL

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA   EASTERN Divisional Office

Address: New Orleans, LA

Name and Office of Person Furnishing Information on THIS FORM: K. LaCombe
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Jordan Ginsberg

☐ Interpreter Required   Dialect: _____

Birth Date: 1972
☐ Male  ☑ Female  ☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Special Agent Bradley Tedesco, FBI

Social Security Number: XXX-XX-1812

☐ person is awaiting trial in another Federal or State Court (give name of court)

### DEFENDANT

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Defense Counsel (if any): Eddie Castaing
☐ FPD  ☐ CJA  ☑ RET'D
☐ Appointed on Target Letter

Place of offense: New Orleans, LA    County: Orleans

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts: 18  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy | 1 |
| 4 | 18 USC § 1343 | Wire Fraud | 2-13 |
| 4 | 18 USC § 1512(k) | Conspiracy to Obstruct Justice | 14 |
| 4 | 18 USC § 1001(a)(2) | False Statements | 15 |
| 4 | 18 USC § 1512(c)(1) | Obstruction of Justice | 16 |

| OFFENSE CHARGED - U.S.C. CITATION - <u>CONTINUED FROM PREVIOUS PAGE</u> |
|---|

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 1623 | False Declaration Before Grand Jury | 17-18 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |