MINUTE ENTRY
SEPTEMBER 10, 2025
ROBY, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-165 |
| LATOYA CANTRELL | SECTION: D |

INITIAL APPEARANCE

APPEARANCES:

**X** DEFENDANT

**X** PREVIOUSLY RETAINED COUNSEL          EDWARD J. CASTAING, JR

___ FPD/CJA COUNSEL PRESENT TO ASSIST DEFENDANT

**X** ASSISTANT U.S. ATTORNEY          JORDAN GINSBERG AND NICHOLAS D. MOSES

___ INTERPRETER

Designated by Court and sworn.     Time: _____.M to _____M.

___/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
**X**/ DEFENDANT WAS ADVISED OF HER RIGHTS

**X**/ READING OF THE SUPERSEDING INDICTMENT WAS:
    READ (WAIVED) SUMMARIZED

**X**/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN RETAINED

___/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

___/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

___/ OTHER _____

MJSTAR: 00: 01

X  / DEFENDANT RELEASED    PERSONAL RECOGNIZANCE BOND

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

   SEE ATTACHED ADDITIONAL CONDITIONS OF RELEASE

_____

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/

   ARRAIGNMENT IS SET FOR _____

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X  / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

GOVERNMENT IS NOT SEEKING DETENTION – NO DETENTION HEARING WILL BE

HELD _____

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL

HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL

WITH COUNSEL _____

__/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

*[signature]*

DEFENDANT'S NAME: __LATOYA CANTRELL__    CASE NO. 24-165 D

ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

- [x] a) submit to supervision by and report for supervision to US PROBATION
- [ ] b) Obtain and maintain employment
- [x] d) surrender any passport to U.S. Probation
- [x] e) not obtain a passport or other international travel document
- [x] f) abide by the following travel restrictions: Continental U.S. [ ] EDLA [x] LA [ ]
  Other  with allowance to the Continental U.S. with prior approval of U.S. Probation. Any international travel must be approved by the Court.
- [x] g) avoid all contact with victim [x] witness [x] co-defendants [ ]
  Other  Cannot discuss case-related material with codefendant.
- [ ] h) mental health evaluation and treatment as directed by U.S. Probation
- [ ] k) not possess firearm, destructive device or other weapon
- [ ] l) not use alcohol: at all [ ] excessively [ ]
- [ ] m) not use or unlawfully possess narcotic drug/controlled substances
- [ ] n) submit to testing for a prohibited substance if required by Pretrial Services
- [ ] o) participate in substance abuse treatment as directed by Pretrial Services
- [ ] p) participate in location restriction program:
  - [ ] (i) Curfew
  - [ ] (ii) Home Detention
  - [ ] (iii) Home Incarceration
  - [ ] (iv) Stand Alone Monitoring
- [ ] q) submit to the following location monitoring technology and comply with its requirements as directed:
  - [ ] (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - [ ] (ii) Voice Recognition; or
  - [ ] (iii) Radio Frequency; or
  - [ ] (iv) GPS.
- [ ] r) pay all or part of the cost of location monitoring as determined by Pretrial Services or supervising officer
- [x] s) report every contact with law enforcement personnel to Pretrial Services
- [x] t) Other(s): Defendant shall not have contact with co-defendant without the presence of one the party's counsel of record
  Defendant shall not have contact with witnesses about the case, but may have contact with City Employees for the City of New Orleans for City business

__No discussions about the case and no contact as to non-city employees__

_[signature]_